James D. LYONS, Petitioner–Appellant,

v.

Arthur F. BEELER, Respondent–
Appellee.

No. 02–7202.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

James D. Lyons, Appellant Pro Se.

Before WILLIAM D. WILKINS and
LUTTIG, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

James D. Lyons, a federal prisoner, appeals the district court's order dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (2000). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order appealed from is neither a final order nor an appealable interlocutory or collateral order because Lyons may proceed by simply amending his complaint. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993).

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*